September 24, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

LISA PRIYMAK AND GAREGUIN STEP, Appellants

NO. 14-15-00241-CV                          V.

KROGER CO., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 24, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Lisa Priymak and Gareguin Step.

We further order this decision certified below for observance.